**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        PS Investments, L.P. f/k/a Paradigm Services, L.P.

Appellate case number:   01-12-01016-CV

Trial court case number:  CV62534

Trial court:             County Court at Law No. 2 of Galveston County

Date motion filed:       May 12, 2014

Party filing motion:     Appellant


       The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.


Judge's signature: /s/ Terry Jennings

               Acting for the Court the En Banc Court*

Date: August 26, 2014

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, and Huddle (Justice Brown not participating).